J S - 6

1  TODD B. SCHERWIN, SBN 239848
2  E-Mail tscherwin@fisherphillips.com
3  DANIELLE S. KRAUTHAMER, SBN 305311
   E-Mail dkrauthamer@fisherphillips.com
4  FISHER & PHILLIPS LLP
5  444 South Flower Street, Suite 1500
   Los Angeles, California 90071
6  Telephone: (213) 330-4500
7  Facsimile: (213) 330-4501

8  Attorneys for Defendant,
   WHITE CAP MANAGEMENT LLC
9  (erroneously sued as WHITE CAP, L.P.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FERNANDO ESQUIVEL, | Case No: 2:21-cv-05648-FMO-AFMx |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO STATE COURT** |
| v. | |
| WHITE CAP, L.P., a Florida Company, and DOES 1 through 50, inclusive, | |
| Defendant. | |
|  | Complaint Filed: July 20, 2020<br>Trial Date: None Set |

1   Having considered the parties' Stipulation to Remand Action to State Court, and
2   finding good cause:
3   IT IS THEREFORE ORDERED that:
4   1.   This is hereby remanded to the Los Angeles County Superior Court.

6   IT IS SO ORDERED.

/s/
Dated: September 10, 2021
_____
HONORABLE FERNANDO M. OLGUIN
U.S. District Court Judge